[No. 54124-2-I.   Division One.   May 23, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. LOVELL MARCHANT SYKES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-09178-1, Carol A Schapira, J., entered April 19, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54162-5-I.   Division One.   May 23, 2005.]

COLIN CHAMBERS, *Appellant*, v. THEODORE F. ROSENGREN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Island County, No. 03-2-00387-0, Vickie I. Churchill, J., entered April 9, 2004. *Affirmed in part* and *remanded* by unpublished opinion per Ellington A.C.J., concurred in by Baker and Agid, JJ.

[No. 54185-4-I.   Division One.   May 23, 2005.]

LEIGHTON READ ANDERSON ET AL., *Respondents*, v. L. DENNIS GRIFFIN ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-15235-4, Jay V. White, J., entered March 4 and April 20, 2004. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Cox, C.J., and Coleman, J.

[No. 54238-9-I.   Division One.   May 23, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. WOODROW ALLAN PORTER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-09381-0, Linda Lau, J., entered May 3, and June 7, 2004. *Affirmed* by unpublished per curiam opinion.